# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Felicia A. Bailey, | : | |
| Plaintiff | : | Case No. 2:08-cv-01074 |
| v. | : | Judge Marbley |
| Michael J. Astrue,<br>Commissioner of Social Security, | : | Magistrate Judge |
| Defendant | : | |
| | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 1, 2010 Order, the Court ADOPTS the Report and Recommendation. Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED. The decision of the Commissioner is AFFIRMED. Judgment is entered for Defendant. This action is DISMISSED.

Date: **March 1, 2010**          **James Bonini, Clerk**

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk